Eastern District of Kentucky
**FILED**

APR 2 3 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

UNITED STATES OF AMERICA

V.                                                    INDICTMENT NO. _6: 26-cr-58- REW_
                                                      21 U.S.C. § 841(a)(1)

MICHAEL SCOTT THOMPSON

\* \* \* \* \*

THE GRAND JURY CHARGES:

On or about March 8, 2026, in Perry County, in the Eastern District of Kentucky,

**MICHAEL SCOTT THOMPSON**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of

a mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before **MICHAEL SCOTT THOMPSON** committed the offense charged in this

count, **MICHAEL SCOTT THOMPSON** had a final conviction for a serious drug

felony, namely, a conviction under KRS 218A.1412(1)(b), trafficking in controlled

substance, first degree, first offense, greater than two grams of methamphetamine, for

which he served more than 12 months of imprisonment and for which he was released

from serving any term of imprisonment related to that offense within 15 years of the

commencement of the instant offense.

A TRUE BILL

**FOREPERSON**


JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY


KELLY K. RIDINGS
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**If Prior Serious Drug Felony or Serious Violent Felony Conviction:** Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**PLUS:**     Mandatory special assessment.